UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 3:11cr374 |
| v. ) | |
| ) | |
| ) | **SCHEDULING ORDER** |
| ) | |
| MICHELLE MALLARD, ET AL. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** upon the joint motion for a scheduling order (Doc. No. 77), in light of the Court's preemptory trial setting.

**IT IS, THEREFORE, ORDERED** that the parties' joint motion is **GRANTED**. The Court orders that:

- Motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16 and 41 of the Federal Rules of Criminal Procedure shall be filed no later than May 31, 2013; responses to those motions shall be filed within fourteen days after the filing of such motions, and reply briefs shall be filed within seven days after the filing of any such response.

- Motions *in limine* shall be filed no later than June 7, 2013; responses to those motions shall be filed within fourteen days after the filing of such motions, and reply briefs shall be filed within seven days after the filing of any such response.

- Proposed *voir dire* questions and proposed jury instructions shall be filed by July 1, 2013.

_____
Frank D. Whitney
United States District Judge