UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **DOCKET NO. 3:11cr 374-2** |
| **V.** | **ORDER GRANTING DEFENDANT'S REQUEST TO DELAY REPORT DATE TO THE BUREAU OF PRISONS** |
| **CHRIS T. BELIN** | |

_____

This **MATTER** is before the Court by an unopposed motion of the Defendant to delay the date the Defendant shall report to the custody of the Bureau of Prisons. For good cause shown, it is hereby ORDERED that the Defendant's date to report to the Bureau of Prisons shall be delayed between July 1 and July 31, 2014.

**IT IS SO ORDERED.**

Signed: May 20, 2014

Frank D. Whitney
Chief United States District Judge